United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Jerald Gene Williams, Sr., Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-22358-Civ-Scola |
| Secretary Florida Department of Corrections, Respondent. | ) ) ) | |

## Order Adopting Magistrate Judge's Report Recommending Transfer of Venue

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 15, 2018, Judge White issued a report, recommending that the Court transfer the petition for writ of habeas corpus to the Middle District of Florida. (R. & R., ECF No. 3.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 3**). The Clerk shall **close** this matter, and take all necessary steps to ensure the prompt **transfer** of this action to the United States District Court for the Middle District of Florida.

**Done and ordered** at Miami, Florida, on July 3, 2018.

_____
Robert N. Scola, Jr.
United States District Judge